**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ABBAS ROSTAMI,<br><br>        Plaintiff,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP, *et al.*,<br><br>        Defendants. | Case No. 2:11-cv-02121-KJD-GWF<br><br>**ORDER** |

      This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated December 30, 2011, required the parties to file a Joint Status Report regarding removed action no later than February 1, 2012. To date the parties have not complied. Accordingly,

      **IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **February 21, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2  imposed.
3    DATED this 9th day of February, 2011.

```
                                    _____
                                    GEORGE FOLEY, JR.
                                    United States Magistrate Judge
```