# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ABBAS ROSTAMI, | ) |
| Plaintiff, | ) Case No. 2:11-cv-02121-APG-GWF |
| vs. | ) **ORDER** |
| BAC HOME LOANS SERVICING, LP, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on the parties' failure to file a Joint Pretrial Order. On December 5, 2013, the Court ordered that the parties file the Joint Pretrial Order on or before December 16, 2013 (Order #38). To date, the parties have failed to comply. Accordingly,

**IT IS ORDERED** that the parties shall file a Joint Pretrial Order no later than **January 6, 2014**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 27th day of December, 2013.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE